UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JACQUELINE MCNEILL, )
    Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO. 5:13-CV-80-D**
)
CAROLYN W. COLVIN, Acting Commissioner of )
Social Security, )
    Defendant. )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff's objections to the M&R are OVERRULED, plaintiff's motion for judgment on the pleadings is DENIED, defendant's motion for judgment on the pleadings is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on August 14, 2014, and Copies To:**

Vance Edward Jennings (via CM/ECF Notice of Electronic Filing)
Leo R. Montenegro (via CM/ECF Notice of Electronic Filing)

DATE                                     JULIE A. RICHARDS, CLERK
August 14, 2014                   /s/ Susan K. Edwards
                                               (By) Susan K. Edwards, Deputy Clerk